THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLEY RICE, on her own behalf and on behalf of others similarly situated,

                                           Plaintiff,

      v.

HILTON GRAND VACATIONS, INC.,

                                       Defendant.

Case No. 2:25-cv-02205-TL

**DECLARATION OF ERIN WILSON IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

I, Erin Wilson, declare as follows:

1.    I am an attorney at Ballard Spahr LLP and represent Defendant Hilton Grand Vacations, Inc. ("Defendant") in this action. I am a citizen of the United States, I am over the age of 18 years, and I am competent to make this declaration based upon my personal knowledge. I submit this declaration in support of HGV's Motion to Dismiss Amended Complaint.

2.    The parties held a meet and confer video call on December 11, 2025, at 10:30 a.m. PST. On the conferral call, I explained HGV would move to dismiss Plaintiff's Amended Complaint for the same reasons HGV moved to dismiss Plaintiff's original Complaint.  Dkt. # 11. The parties were unable to resolve the issues.

//

//

//

DECLARATION OF ERIN WILSON IN SUPPORT
OF MOTION TO DISMISS– 1
CASE NO. 2:25-CV-02205-TL

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101-3808
TELEPHONE: 206.223.7000
FAX:206.223.7107

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on this 16th day of December, 2025, at Seattle, Washington.

4

5                                            _s/Erin Wilson_____
                                             Erin Wilson WSBA No. 42454
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF ERIN WILSON IN SUPPORT                    BALLARD SPAHR LLP
OF MOTION TO DISMISS– 2                          1301 SECOND AVENUE, SUITE 2800
CASE NO. 2:25-CV-02205-TL                            SEATTLE, WA 98101-3808
                                                   TELEPHONE: 206.223.7000
                                                     FAX:206.223.7107