THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLEY RICE, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

HILTON GRAND VACATIONS, INC.,

Defendant.

Case No. 2:25-cv-02205-TL

**STIPULATED MOTION TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS AND [PROPOSED] ORDER**

**NOTED:   FEBRUARY 20, 2026**

Defendant Hilton Grand Vacations, Inc. ("Defendant"), Plaintiff Kelley Rice, and Intervenor the State of Washington hereby stipulate, pursuant to Local Civil Rule 7(f) that Defendant's word limit for its reply in support of its Motion to Dismiss shall be increased to 6,000 words.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 20th day of February, 2026.

_____
HONORABLE TANA LIN

STIPULATED MOTION TO FILE OVERLENGTH
REPLY IN SUPPORT OF MOTION TO DISMISS
AND [PROPOSED] ORDER – 1
CASE NO. 2:25-CV-02205-TL

**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
FAX:206.223.7107

Presented by:

Dated: February 20, 2026

<table>
<tr>
<td>

By: /s Dailey Koga
BALLARD SPAHR LLP
Jeffrey M. Odom, WSBA No. 36168
Erin M. Wilson, WSBA No. 42454
Dailey Koga, WSBA No. 58683
1301 Second Avenue Suite 2800
Seattle, Washington 98101
Telephone: 206.223.7000
Email:   odomj@ballardspahr.com
         wilsonem@ballardspahr.com
         kogad@ballardspahr.com

Ryan T. O'Hollaren (*pro hac vice*)
601 SW 2nd Avenue, Suite 2100
Portland, Oregon 97204
Email:   ohollarenr@ballardspahr.com


*Attorneys for Defendant Hilton Grand Vacations, Inc.*


I certify this Memorandum contains 43 words in compliance with the Local Civil Rules.

</td>
<td>

By: /s Natalie A. Lyons
COHENMALAD, LLP
Lynn A Toops*
Natalie A. Lyons*
Ian R. Bensberg*
One Indiana Square Suite 1400
Indianapolis, IN  46204
Tel: 317-636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

STRAUSS BORRELLI LLP
Samuel J. Strauss WSBA No. 46971 (and mail)
Raina C. Borelli*
980 N Michigan Ave Suite 1610
Chicago, IL  60611
Tel: 872-263-1100
sam@straussborrelli.com
raina@straussborrelli.com

STRANCH, JENNINGS & GARVEY PLLC
Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
223 Rosa L. Parks Avenue Suite 200
Nashville TN  37203
Tel 615-254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Applications for admission pro hac vice forthcoming*

*Attorneys for Plaintiff Kelley Rice*

</td>
</tr>
</table>

STIPULATED MOTION TO FILE OVERLENGTH
REPLY IN SUPPORT OF MOTION TO DISMISS
AND [PROPOSED] ORDER – 2
CASE NO. 2:25-CV-02205-TL